

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2016

No. 04-16-00374-CV

**IN THE INTEREST OF E.K.H. AND K.L.H., CHILDREN**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA01156
Honorable Richard Garcia, Judge Presiding

# O R D E R

In this accelerated appeal, the minor children's attorney ad litem's brief was due on September 6, 2016. Before the brief was due, the attorney ad litem filed a first motion for a ten-day extension of time to file the brief. *See* TEX. R. APP. P. 38.6(b), (d).

The attorney ad litem's motion is GRANTED. The brief is due on September 16, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court

